## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  **Kenneth E Bauer,**                              **CASE NO. 11-60220**
                                                          **JUDGE Charles M. Caldwell**
                 **Debtor.**                               **CHAPTER 13**

### NOTICE OF CHANGE OF ADDRESS

Now comes counsel for Debtor, Kenneth E. Bauer, and notifies this Court that Debtor has

a change of address and now lives at 333 Madison Drive North, West Jefferson, Ohio 43162.

Respectfully submitted,

*/s/ Shannon M. Treynor*
Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
EMAIL: shannon.treynor@sbcglobal.net
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing document was sent via ECF this 20th day of May, 2015, to the following:

U.S. Trustee Office, <u>ustpregion09.cb.ecf@usdoj.gov</u>
Frank M. Pees, <u>trustee@ch13.org</u>
Bank of America, <u>bk-notices@lauritolaw.com</u>
Bank of America, <u>NO'Bryan@lauritolaw.com</u>
Ohio Department of Taxation, <u>bgianangeli@mifsudlaw.com</u>
The Huntington National Bank, <u>bkecf@huntington.com</u>

and via regular U.S. Mail to:

Kenneth E. Bauer
333 Madison Drive North
West Jefferson, OH 43162

*/s/ Shannon M. Treynor*
Attorney for Debtor